DETROIT STOVE WORKS, Appellant, v. GILL, Sheriff, Respondent. (Supreme Court, Appellate Division, Third Department. December 3, 1902.) Action by the Detroit Stove Works against Dudley Gill as sheriff of the county of Warren. No opinion. Judgment affirmed, with costs.

DE VALLIERE, Respondent, v. VLASTO, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Herman de Vailliere against Solon J. Vlasto. H. B. Culver, for appellant. A. C. Smith, for respondent. No opinion. Judgment affirmed, with costs.

DE WITT, Appellant, v. PEMBER et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Peter De Witt against Frank T. Pember, Edward D. Woods, and Charles E. McFadden. No opinion. Order affirmed, with $10 costs and disbursements.

DI LORENZO, Respondent, v. DI LORENZO, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by Gregorio Di Lorenzo against Johanna Di Lorenzo. No opinion. Order modified by directing the delivery of the releases of dower to the plaintiff or his attorney, as directed by the original order, and, as thus modified, affirmed, without costs of this appeal to either party.

DOHENY et al. v. WORDEN. SALT SPRINGS NAT. BANK OF SYRACUSE v. SAME. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Actions by George Doheny and another as, etc., against Stewart Worden, and the Salt Springs National Bank of Syracuse against Leonard Worden. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the opinion of WILLIAMS, J., on the former argument. 77 N. Y. Supp. 959.
HISCOCK, J., not voting.

DONOVAN, Appellant, v. CANTOR, President, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Bartholomew Donovan against Jacob F. Cantor, president. R. Foster, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re EDDY'S WILL. (Supreme Court, Appellate Division, Fourth Department. December 18, 1902.) In the matter of proving the last will and testament of Francis H. Eddy, deceased. No opinion. Decree of surrogate's court affirmed, with costs of this appeal payable by the appellant personally.

ELMIRA, C. & N. R. CO., Respondent, v. LOWMAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by the Elmira, Cortland & Northern Railroad Company against Seymour Lowman as administrator, etc. No opinion. Judgment unanimously affirmed, with costs.

In re ELMIRA TRUST CO. (Supreme Court, Appellate Division, Third Department. December 3, 1902.) In the matter of the application of the Elmira Trust Company to be designated as a deposit bank for court funds. No opinion. Referred to Burton S. Chamberlain, Esq., of Elmira, to take proof, and submit the same, with his opinion, to the court.

EMMETT, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 18, 1902.) Action by George M. Emmett against the Metropolitan Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

FARRELL, Respondent, v. GERARD, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Mary A. Farrell against William B. Gerard. J. V. Bouvier, Jr., for appellant. F. W. Pollock, for respondent. No opinion. Judgment and order affirmed, with costs.

FARRELL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by James Farrell against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

FERGUSON, Respondent, v. BUFFALO TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by Harold Ferguson, an infant, etc., against the Buffalo Traction Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied.

F. H. SCHULE MFG. CO. v. SCHULE. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by the F. H. Schule Manufacturing Company against Friederich H. Schule. No opinion. Motion granted, with $10 costs.